IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANEE SLATON, | : | |
|     *Petitioner*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHELLE OVERMEYER, *et al.*, | : | No. 24-cv-6930 |
|     *Respondents*. | : | |

## ORDER

**AND NOW**, this **19th** day of **December 2025**, upon review of the docket and consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Motion to Dismiss (ECF No. 17), Petitioner's Responses (ECF Nos. 18, 19), the Report and Recommendation of United States Magistrate Judge Reid (ECF No. 21), and the docket, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Reid (ECF No. 21) is **APPROVED** and **ADOPTED**.

2. Respondents' Motion (ECF No. 17) is **GRANTED**. Accordingly, the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE** to Petitioner refiling it upon completion of Petitioner's state court collateral proceedings under the Pennsylvania Post-Conviction Relief Act (PCRA).

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**